UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FRANKLIN HAMILTON, LLC,

                      Petitioner,        Case No.

       -against-              **RULE 7.1 DISCLOSURE STATEMENT**

CREATIVE INSURANCE UNDERWRITERS,
INC.,

                      Respondent.
------------------------------------------------------------x

      Petitioner, Franklin Hamilton, LLC, by its attorneys, Kazlow & Kazlow, for its Rule 7.1 Disclosure Statement, states as follows:

      Petitioner has no parent corporation, and no publicly held corporation owns an interest of 10% or more of Petitioner.

Dated: New York, New York
       August 19, 2008

                                     _____
                                     Stuart L. Sanders (SS-8690)
                                     KAZLOW & KAZLOW
                                     Attorneys for Petitioner
                                     237 West 35th Street, 14th Floor
                                     New York, New York 10001
                                     Tel.: (212) 947-2900
                                     Fax: (212) 562-0629

To:    Creative Insurance Underwriters, Inc.
        Respondent
        99 Wood Avenue South
        Iselin, New Jersey 08830